IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEIGHTON D. LINDSEY,

    Plaintiff,

v.

    Case No. 18-cv-1024-bbc

LINDSAY WALKER, MICHAEL
DITTMAN, JON LITSCHER,
C.O. NEUSTADER, C.O. CAMBRON,
C.O. JOHNS, RICHARD GIROUX,
LUCAS WEBER, MAUREEN WHITE,
RENEE SCHUELER, JAMIE GOHDE, AND
KALEN RUCK,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 02/05/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |